# FINNEGAN

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

**CORINNE L. MILLER**
202.408.4465
corinne.miller@finnegan.com

RECEIVED
2012 JUN 21 P 12: 48
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

June 21, 2012

**BY COURIER**

Fernando Galindo, Clerk
U.S. District Court for the
  Eastern District of Virginia
401 Courthouse Sq.
Alexandria, VA 22314

Re: *BTG International Ltd. v. David J. Kappos*

Dear Mr. Galindo:

Enclosed in connection with the above-referenced matter are the following:

1. An original and one copy of a Complaint together with a Civil Cover Sheet.

2. An original copy of a Financial Interest Disclosure Statement.

3. A Notice of Appearance.

4. This firm's check in the amount of $350.00 to cover the filing fee.

5. An original and two copies of a summons for each of the following: David J. Kappos, Raymond Chen, Eric Holder, and Neil MacBride.

I have also enclosed an additional copy of the pleadings, which I would appreciate your marking file-stamped and returning to the courier delivering this package.

If you have any questions, please do not hesitate to call me.

Sincerely,

Corinne Miller

Corinne L. Miller

CLM
Enclosures

901 NEW YORK AVENUE, NW | WASHINGTON, DC 20001-4413
PHONE: 202.408.4000 | FAX: 202.408.4400