```
Court Name: United States District Court
Division: 1
Receipt Number: 14683029548
Cashier ID: rbroaden
Transaction Date: 06/21/2012
Payer Name: FINNEGAN
-------------------------------------------
CIVIL FILING FEE
 For: FINNEGAN
 Amount:      $350.00
-------------------------------------------
CHECK
 Remitter: FINNEGAN
 Check/Money Order Num: 574906
 Amt Tendered: $350.00
-------------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE
112CV682
```